**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Marcus Tyrone WILLIAMSON,
Defendant–Appellant.**

**No. 02–7640.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 6, 2003.

Decided Feb. 12, 2003.

Marcus Tyrone Williamson, Appellant Pro Se. Lisa Blue Boggs, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Marcus Tyrone Williamson seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on Williamson's motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the magistrate judge and the district court that Williamson has not made a substantial showing of the denial of a constitutional right. *See United States v. Williamson,* Nos. CR–00–288–1; CA–02–81–1 (M.D.N.C. Sept. 26, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*